# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Sandra Rosemary Oldenburg,<br>Lee Michael Oldenburg<br><br>Debtor.<br>_____ | )<br>)<br>)  Bankruptcy Case No. 23-13858-JGR<br>)<br>)<br>)<br>)<br>) |
| Carlson Farms Homeowner's Association,<br>a Colorado nonprofit corporation.<br><br>Plaintiff,<br><br>vs.<br><br>Sandra Oldenburg<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Adversary No.: 23-01258-JGR<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO HOLD ADVERSARY PROCEEDING IN ABEYANCE

THIS MATTER having come before the Court on the Motion to Hold Adversary Proceeding in Abeyance filed by the Plaintiff, and the Court being duly advised, hereby

ORDERS that the Plaintiff's Motion is GRANTED. This matter shall be held in abeyance for a period of ninety (90) days from the date of entry of this Order. The Plaintiff shall file a status report or a motion to dismiss within ninety (90) days from the date of entry of this Order, failing which this adversary proceeding may be dismissed.

DATED this 3rd day of January, 2024.

BY THE COURT:

_____
Joseph G. Rosania, Jr.
U.S. BANKRUPTCY JUDGE